1   **WO**

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                      **FOR THE DISTRICT OF ARIZONA**

8   United States of America,                    No. CV-11-00640-TUC-CRP

9                          Plaintiff,
                                                 **ORDER AND**
10  vs.                                          **DEFAULT JUDGMENT**

11  1999 Chevrolet Tahoe,
    VIN 1GNEK13R7XJ487970,
12
                          Defendant.
13  _____

14        The United States commenced this civil forfeiture action in October 2011.  Doc. 1.

15  The government seeks the forfeiture of a 1999 Chevrolet Tahoe on the ground that on June

16  5, 2011, the vehicle was involved in offenses relating to unlawful transportation of an alien

17  into or within the United States, 8 U.S.C. § 1324(a)(1)(A). *Id*. at 1-2.  The vehicle presently

18  is in the custody of the United States Customs and Border Protection within this Court's

19  jurisdiction.  *Id*. at 2.

20        Believing that Brian Edmiston may claim an interest in the vehicle, *see id*., the

21  government provided him written notice of this action and posted the action on the website

22  www.forfeiture.gov.  Docs. 6, 7.  Edmiston has filed no claim.  The Clerk has entered his

23  default as to any interest he may have in the defendant property pursuant to Rule 55(a) of the

24  Federal Rules of Civil Procedure.  Doc. 9.

25        The government has filed a motion for default judgment against Edmiston and all

26  other persons who may claim an interest in the defendant property.  Doc. 10.  No response

27  has been filed, and the time for doing so has expired.  *See* LRCiv 7.2(c).  For reasons stated

28  below, the Court will grant the motion.

1    Because Edmiston's default has been entered under Rule 55(a), and given that no other

2    person has filed a claim or otherwise appeared in this action, the Court has discretion to grant

3    default judgment pursuant to Rule 55(b).  *See Aldabe v. Aldabe*, 616 F.2d 1089, 1092 (9th

4    Cir. 1980).  Factors to be considered in deciding whether to grant default judgment include

5    the possibility of prejudice to the government absent a default judgment, the merits of the

6    forfeiture request, the sufficiency of the complaint, the monetary value at stake, the

7    possibility of a dispute concerning material facts, whether default was due to excusable

8    neglect, and the policy favoring a decision on the merits.  *See Eitel v. McCool*, 782 F.2d

9    1470, 1471-72 (9th Cir. 1986).  In applying the *Eitel* factors, "the factual allegations of the

10   complaint, except those relating to the amount damages, will be taken as true."  *Geddes v.*

11   *United Fin. Group*, 559 F.2d 557, 560 (9th Cir. 1977); *see* Fed. R. Civ. P. 8(b)(6).

12   Having considered the government's motion and relevant *Eitel* factors, and having

13   reviewed the verified complaint and supporting affidavit (Doc. 1-2), the Court concludes that

14   default judgment is appropriate.  The Court will grant default judgment against Edmiston and

15   all other persons who may claim an interest in the defendant property.  *See* 8 U.S.C. §

16   1324(b); *United States v. One 2003 Kenworth Tractor*, No. C-06-536, 2007 WL 1467085,

17   at *5 (S.D. Tex. May 15, 2007) (granting default judgment with respect to forfeiture of

18   tractor-trailer allegedly involved in alien smuggling); *United States v. $86,496.00*, No.

19   CV-07-1693-PHX-DGC, 2008 WL 2039355, at *2-4 (D. Ariz. May 12, 2008) (discussing

20   the legal significance of failing to file a proper claim to the defendant property).

21   The government requests the issuance of a certificate of reasonable cause pursuant to

22   28 U.S.C. § 2465 (Doc. 10 at 2), but makes no argument in support of this request.  Section

23   2465 relates to the return of property to a claimant and liability for wrongful seizure.  Given

24   that default judgment will be entered in favor of the government, the statute seems

25   inapplicable.  The government's request is denied.

26   **IT IS ORDERED:**

27   1.    Plaintiff United States of America's motion for default judgment (Doc. 10) is

28   granted.

1    2.    Pursuant to Rule 55(b), default judgment is entered in favor of the United

2  States and against Brian Edmiston and all other persons who may claim an interest in

3  Defendant 1999 Chevrolet Tahoe, VIN 1GNEK13R7XJ487970.

4    3.    Defendant 1999 Chevrolet Tahoe, VIN 1GNEK13R7XJ487970, is forfeited to

5  the United States.

6    4.    The Clerk is directed to terminate this action.

7    DATED this 6th day of January, 2012.

8

9

10  _____

11  **CHARLES R. PYLE**
    **UNITED STATES MAGISTRATE JUDGE**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28